**Order entered March 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01041-CV

## KRISTIAN EDUARDO GONZALEZ, Appellant

## V.

## SOPHIA KATHERINE RIGG, Appellee

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. CV20-00303

### ORDER

Before the Court is appellant's March 11, 2021 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 14, 2021.

We caution appellant that further extension requests will be disfavored.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE